UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVE FACE ON WEB, LLC, a
Pennsylvania company

        Plaintiff,

v.                         Case No. 8:15-cv-1128-T-33MAP

BRIAN DRUTMAN, d/b/a PRECISION
SPINE & WELLNESS CENTER, an
individual,

        Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the Plaintiff's motion to compel responses to its first request for production and interrogatories (doc. 27), Defendant's response thereto and/or motion for protective order (doc. 30), and Plaintiff's response to Defendant's motion for protective order (doc. 31). By its motion, the Plaintiff seeks entry of an order compelling the Defendant to produce financial information, asserting that the burden rests with the infringer to establish its gross revenue. While the Defendant does not object to producing proof of its gross revenue, it asserts that the Plaintiff's requests are overbroad as the requests seek information and documents unrelated to the alleged infringement. Upon consideration, it is hereby

ORDERED:

1. Plaintiff's motion to compel responses to its first request for production and interrogatories (doc. 27) is GRANTED to the extent that the Defendant is directed to produce proof of its gross revenue, and otherwise DENIED without PREJUDICE.

2. Defendant's motion for protective order (doc. 30) is DENIED as moot.

DONE and ORDERED at Tampa, Florida on October 9, 2015.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE