UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVE FACE ON WEB, LLC, a
Pennsylvania company

       Plaintiff,

       v.                        Case No. 8:15-cv-1128-T-33MAP

BRIAN DRUTMAN, d/b/a PRECISION
SPINE & WELLNESS CENTER, an
individual,

       Defendant.
_____/

## ORDER

This cause is before the Court on the Defendant Brian Drutman d/b/a Precision Spine

& Wellness Center's Motion to Compel Responses to Supplemental Request for Production

(doc. 39) and Plaintiff's response thereto (doc. 41).  Defendant's motion fails to comply with

the particular requirements of Local Rule 3.04(a) Motions to Compel and for Protective

Order.  The motion also fails to satisfy Local Rule 3.01(g)'s requirement that a movant

confer with opposing counsel and state whether opposing counsel agrees to the resolution of

the motion.[1]  Despite these deficiencies, however, upon considering the substantive

arguments raised in the motion and the response, this Court finds that the documents sought

are irrelevant to this litigation's claims or defenses nor reasonably calculated to lead to the

discovery of admissible evidence.

---

[1] Local Rule 3.04(a) requires the moving party to (1) quote in full each interrogatory and
request for production the motion addresses; (2) quote in full the objections and grounds
therefor as state by the opposing party, or the answer or response which is asserted to be
insufficient; and (3) the reasons the motion should be granted.

Accordingly, it is hereby

ORDERED:

1.    Defendant's motion to compel (doc. 39) is DENIED.

DONE AND ORDERED in chambers at Tampa, Florida on this 23rd day of
November, 2015.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE